**Order entered August 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

### ALBERT LUTTERODT, Appellant

### V.

### EMILY LANE OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

We **GRANT** appellant's August 24, 2015 motion to file second amended brief and

**ORDER** the brief tendered to the Clerk of the Court August 21, 2015 filed as of the date of this

order. Any amended brief of appellee shall be filed no later than September 28, 2015.

/s/ CRAIG STODDART
JUSTICE